# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KEVIN J. RAINEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00176-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| J. BURRELL, Hendersonville, P.D.; | ) | |
| BRENDA S. MCMURRAY, | ) | |
| Magistrate; R.E. UNDERWOOD, | ) | |
| Hendersonville P.D.; JAMES LEE | ) | |
| LIVELY, Magistrate; KIMBERLY | ) | |
| GASPERSON JUSTICE, Clerk of | ) | |
| Superior Court, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2015 Order.

February 13, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court